Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.N., an individual,<br><br>Plaintiff,<br>v.<br><br>G6 Hospitality, L.L.C.; G6 Hospitality IP, L.L.C.; G6 Hospitality Property, L.L.C.; G6 Hospitality Purchasing, L.L.C.; G6 Hospitality Franchising, L.L.C.; Motel 6 Operating, L.P.; Veer Hospitality Phoenix LLC,; Madison Avenue P&L Enterprises, Inc., Red Roof Inns, Inc.; FMW RRI II, LLC.; BW RRI III, LLC.; and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00358-JNW<br><br>**STIPULATED MOTION TO CONTINUE ALL DATES**<br><br>**Note on Motion Calendar: 8/5/26** |

## STIPULATION

Plaintiff and Defendants Red Roof Inns, Inc., FMW RRI II, LLC, and BW RRI III, LLC (collectively, the "Parties"), through their undersigned counsel of record, hereby file this Stipulated Motion to Continue All Dates. Good cause exists to continue the trial and all trial-related dates by ninety (90) days in this matter for the following reasons:

1. Plaintiff filed her complaint on February 24, 2025.



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

2. Trial is presently set in this matter for March 1, 2027.

3. No prior request for a continuance has been made.

4. C.M.N. has negotiated her claims with defendants in good faith and reached resolution with all parties except Defendants Red Roof Inns, Inc., FMW RRI II, LLC, and BW RRI III, LLC. All other defendants have been dismissed.

5. The Protective Order was entered on April 27, 2026. Given the claims at issue in this case and because Plaintiff has proceeded in this case under a pseudonym, discovery and case workup could not meaningfully begin until the Protective Order was entered.

6. Since that time, the Parties have diligently engaged in the exchange of discovery.

7. The Parties are currently addressing discovery disputes and trying to resolve them without Court intervention.

8. The Parties are coordinating the completion of depositions around trials scheduled in the coming months and will not be able to obtain necessary testimony before the current deadlines for expert designations.

9. The Parties agree that they will not suffer any prejudice from continuing the trial date and all related deadlines for ninety (90) days.

10. A short continuance would allow the Parties to continue to engage in negotiations, complete necessary discovery in a timely manner, and for the case to be heard on its merits.

11. The Parties further agree that all deadlines for discovery, pretrial filings, motion practice, motions for summary judgment, and all other trial-related deadlines should be determined pursuant to the Federal Rules of Civil Procedure (FRCP) 26(f) and Local Civil Rule 26(f), based on the new trial date.

12. The Parties have agreed to extend the following deadlines as follows:



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure/ Reports (FRCP 26(a)(2)) | August 3, 2026 | November 2, 2026 |
| Discovery Motions Due | September 2, 2026 | December 1, 2026 |
| Discovery Completed | October 2, 2026 | December 31, 2026 |
| Dispositive Motions Due | November 2, 2026 | February 1, 2027 |
| Attorney Settlement Conference Held By | December 31, 2026 | March 31, 2027 |
| Motions in Limine Due | January 20, 2027 | April 20, 2027 |
| Deposition Designations Due | February 8, 2027 | May 10, 2027 |
| Pretrial Order Due | February 8, 2027 | May 10, 2027 |
| Trial Briefs Submitted | February 16, 2027 | May 17, 2027 |
| Proposed Voir Dire Questions Due | February 16, 2027 | May 17, 2027 |
| Proposed Jury Instructions Due | February 16, 2027 | May 17, 2027 |
| Pretrial Conference (Courtroom 16106, before Judge Jamal N. Whitehead) | February 22, 2027 1:30 p.m. | May 24, 2027 |
| Jury Trial Begins | March 1, 2027 | May 31, 2027 |

**WHEREFORE, IT IS HERBY STIPULATED AND AGREED** that all dates shall be continued by ninety (90) days and that the new trial date be May 31, 2027.

DATED: August 5, 2026

SINGLETON SCHREIBER, LLP

By: _/s/ Katie Llamas_____________
Meagan Verschueren, Esq.
Katie Llamas, Esq.
Attorneys for Plaintiff Jane Doe

BALLARD SPAHR LLP

By: /s/ Andrew Yates
Andrew Yates

Attorney for Defendants Red Roof Inns, Inc., FMW RRI II, LLC and BW RRI III, LLC

TUCKER ELLIS LLP

By: /s/ Nicholas V. Janizeh
Chelsea R. Mikula
Amanda Villalobos
Nicholas V. Janizeh
Sandra J. Wunderlich

Attorneys for Defendants Red Roof Inns, Inc., FMW RRI II, LLC and BW RRI III, LLC

Dated this 7th day of August, 2026.

Honorable Jamal N. Whitehead
United States District Court Judge